# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.: 4:21-CV-206 (CDL)** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ALL SECURITIES AND UNITED STATES** | : | |
| **FUNDS CONTAINED IN JP MORGAN** | : | |
| **CHASE BANK, BROKERAGE ACCOUNT NO.** | : | |
| **99413038, IN THE APPROXIMATE AMOUNT** | : | |
| **OF TWO HUNDRED FIFTY-SEVEN** | : | |
| **THOUSAND, TWO HUNDRED SEVENTY-SIX** | : | |
| **AND 48/100 DOLLARS ($257,276.48), HELD IN** | : | |
| **THE NAME OF PENELOPE ZBRAVOS;** | : | |
| | : | |
| **First-Named Defendant Property,** | : | |
| | : | |
| **ALL SECURITIES AND UNITED STATES** | : | |
| **FUNDS CONTAINED IN JP MORGAN** | : | |
| **CHASE BANK, BROKERAGE ACCOUNT NO.** | : | |
| **83397949, IN THE APPROXIMATE AMOUNT** | : | |
| **OF FOUR HUNDRED SIXTY-FOUR** | : | |
| **THOUSAND, TWENTY-FOUR AND 92/100** | : | |
| **DOLLARS ($464,024.92), HELD IN THE NAME** | : | |
| **OF PENELOPE ZBRAVOS; AND** | : | |
| | : | |
| **Second-Named Defendant Property,** | : | |
| | : | |
| **ALL SECURITIES AND UNITED STATES** | : | |
| **FUNDS CONTAINED IN JP MORGAN** | : | |
| **CHASE BANK, BROKERAGE ACCOUNT NO.** | : | |
| **83397954, IN THE APPROXIMATE AMOUNT** | : | |
| **OF NINETY-THREE THOUSAND, ONE** | : | |
| **HUNDRED FIFTY-ONE AND 05/100** | : | |
| **DOLLARS ($93,151.05), HELD IN THE NAME** | : | |
| **OF PENELOPE ZBRAVOS;** | : | |
| | : | |
| **Third-Named Defendant Property.** | : | |
| _____ | : | |

## ORDER FOR WARRANT OF ARREST IN REM

The United States has filed a Motion for Warrant of Arrest *in Rem* (ECF No. 2). In support of that motion, it relies upon the Affidavit of United States Secret Service Special Agent Joseph Meeks. Special Agent Meeks outlines in his sworn affidavit the evidence supporting his conclusion that "there is probable cause to believe that all securities/monies currently contained in [the accounts that are the subject of the requested warrant] are subject to seizure and forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) on the grounds that they constitute or are traceable to proceeds of violations of Title 18, United States Code, Section 1343 (Wire Fraud)." Meeks Aff., para. 55 (ECF No. 1).  The Court finds in accordance with Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, that there is probable cause to believe that the Defendant Property, which is not presently in the Government's possession, custody or control or subject to a judicial restraining order, is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C). Accordingly, the motion (ECF No. 2) is granted and the warrant shall be signed by the undersigned.

Consistent with Supplemental Rule G(3)(c)(i), the United States Attorney for the Middle District of Georgia or his agents shall have the warrant of arrest in rem delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose. It is further ordered that any authorized agent of the United States Secret Service shall arrest the Defendant Property

no earlier than December 1, 2021, and no later than December 15, 2021, by serving a copy of this Warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to detain the same in the custody of the United States until further order of the Court.

Pursuant to Supplemental Rule G(4) and in compliance with rights under the Due Process Clause of the Fifth Amendment of the United States Constitution, the United States shall publish notice on the official internet government forfeiture site, www.forfeiture.gov, and send direct notice to all potential claimants, including Penelope Zbravos, c/o Charles E. Cox, Jr., George Iakovou, and Vika Ventures LLC, as to their rights to contest the judicial forfeiture action filed against the Defendant Property. All potential claimants shall have the right to contest the seizure of Defendant Property and/or any order of forfeiture related to it, as provided by law.

DATED, this 24th day of November, 2021.


By:   S/Clay D. Land
      CLAY D. LAND, JUDGE
      UNITED STATES DISTRICT COURT
      MIDDLE DISTRICT OF GEORGIA