IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALL SECURITIES AND UNITED STATES FUNDS CONTAINED IN JP MORGAN CHASE BANK, BROKERAGE ACCOUNT NO. 99413038, IN THE APPROXIMATE AMOUNT OF TWO HUNDRED FIFTY-SEVEN THOUSAND, TWO HUNDRED SEVENTY-SIX AND 48/100 DOLLARS ($257,276.48), HELD IN THE NAME OF PENELOPE ZBRAVOS;<br><br>　　　　First-Named Defendant Property,<br><br>ALL SECURITIES AND UNITED STATES FUNDS CONTAINED IN JP MORGAN CHASE BANK, BROKERAGE ACCOUNT NO. 83397949, IN THE APPROXIMATE AMOUNT OF FOUR HUNDRED SIXTY-FOUR THOUSAND, TWENTY-FOUR AND 92/100 DOLLARS ($464,024.92), HELD IN THE NAME OF PENELOPE ZBRAVOS; AND<br><br>　　　　Second-Named Defendant Property,<br><br>ALL SECURITIES AND UNITED STATES FUNDS CONTAINED IN JP MORGAN CHASE BANK, BROKERAGE ACCOUNT NO. 83397954, IN THE APPROXIMATE AMOUNT OF NINETY-THREE THOUSAND, ONE HUNDRED FIFTY-ONE AND 05/100 DOLLARS ($93,151.05), HELD IN THE NAME OF PENELOPE ZBRAVOS;<br><br>　　　　Third-Named Defendant Property. | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | CASE NO.: 4:21-CV-206 (CDL) |

## WARRANT OF ARREST IN REM

TO:   ANY AUTHORIZED AGENT OF THE
      UNITED STATES SECRET SERVICE

WHEREAS, on November 19, 2021, the United States filed a Verified Complaint for Forfeiture in the United States District Court for the Middle District of Georgia, against the following property, to wit:

1. The First-Named Defendant Property consists of all securities and United States funds contained in JP Morgan Chase Bank, Brokerage Account No. 99413038 (Account-11), in the approximate amount of two hundred fifty-seven thousand, two hundred seventy-six and 48/100 dollars ($257,276.48), held in the name of Penelope Zbravos, located at JP Morgan Chase Bank, 270 Park Avenue, New York, New York 10001.

2. The Second-Named Defendant Property consists of all securities and United States funds contained in JP Morgan Chase Bank, Brokerage Account No. 83397949 (Account-12), in the approximate amount of four hundred sixty-four thousand, twenty-four and 92/100 dollars ($464,024.92), held in the name of Penelope Zbravos, located at JP Morgan Chase Bank, 270 Park Avenue, New York, New York 10001.

3. The Third-Named Defendant Property consists of all securities and United States funds contained in JP Morgan Chase Bank, Brokerage Account No. 83397954 (Account 13), in the approximate amount of ninety-three thousand, one hundred fifty-one and 05/100 dollars ($93,151.05), held in the name of Penelope Zbravos, located at JP Morgan Chase Bank, 270 Park Avenue, New York, New York 10001.

WHEREAS, the Verified Complaint alleges that the Defendant Property is subject to seizure and civil judicial forfeiture to the United States for the reasons set forth in the Verified Complaint and attached Affidavit of Special Agent Joseph Meeks with the United States Secret Service; and prays that process issue for the arrest of the Defendant Property that is the subject of this action;

WHEREAS, the Court, having reviewed the Verified Complaint, including the Affidavit of Special Agent Meeks with the United States Secret Service, and the Government's Motion for Warrant of Arrest *in Rem*, hereby finds, in accordance with Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, that there is probable cause to believe that the Defendant Property, which is not presently in the Government's possession, custody or control or subject to a judicial restraining order, is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C); and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose;

YOU ARE, THEREFORE, HEREBY ORDERED to arrest the Defendant Property no earlier than December 1, 2021, and no later than December 15, 2021, by serving a copy of this Warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to detain the same in your custody until further order of the Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

DATED, this 24th day of November, 2021.

                              By: S/Clay D. Land
                                    CLAY D. LAND, JUDGE
                                    UNITED STATES DISTRICT COURT
                                    MIDDLE DISTRICT OF GEORGIA