# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

|  |  |  |
|---|---|---|
| | : | |
| **UNITED STATES OF AMERICA** | : | **CASE NO.: 4:21-CV-206 (CDL)** |
| Plaintiff, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ALL SECURITIES AND UNITED STATES** | : | |
| **FUNDS CONTAINED IN JP MORGAN** | : | |
| **CHASE BANK, BROKERAGE ACCOUNT NO.** | : | |
| **99413038, IN THE APPROXIMATE AMOUNT** | : | |
| **OF TWO HUNDRED FIFTY-SEVEN** | : | |
| **THOUSAND, TWO HUNDRED SEVENTY-SIX** | : | |
| **AND 48/100 DOLLARS ($257,276.48), HELD IN** | : | |
| **THE NAME OF PENELOPE ZBRAVOS;** | : | |
| | : | |
| **First-Named Defendant Property,** | : | |
| | : | |
| **ALL SECURITIES AND UNITED STATES** | : | |
| **FUNDS CONTAINED IN JP MORGAN** | : | |
| **CHASE BANK, BROKERAGE ACCOUNT NO.** | : | |
| **83397949, IN THE APPROXIMATE AMOUNT** | : | |
| **OF FOUR HUNDRED SIXTY-FOUR** | : | |
| **THOUSAND, TWENTY-FOUR AND 92/100** | : | |
| **DOLLARS ($464,024.92), HELD IN THE NAME** | : | |
| **OF PENELOPE ZBRAVOS; AND** | : | |
| | : | |
| **Second-Named Defendant Property,** | : | |
| | : | |
| **ALL SECURITIES AND UNITED STATES** | : | |
| **FUNDS CONTAINED IN JP MORGAN** | : | |
| **CHASE BANK, BROKERAGE ACCOUNT NO.** | : | |
| **83397954, IN THE APPROXIMATE AMOUNT** | : | |
| **OF NINETY-THREE THOUSAND, ONE** | : | |
| **HUNDRED FIFTY-ONE AND 05/100** | : | |
| **DOLLARS ($93,151.05), HELD IN THE NAME** | : | |
| **OF PENELOPE ZBRAVOS;** | : | |
| | : | |
| **Third-Named Defendant Property.** | : | |
| _____ | : | |

## <u>NOTICE OF JUDICIAL FORFEITURE PROCEEDINGS</u>

TO:    Penelope Zbravos                Vika Ventures LLC
            c/o Charles E. Cox Jr.              c/o The LLC
            Post Office Box 67                85 Broad Street
            Macon, Georgia  31202-0067      Floor 18
                                           New York, New York 10004-2783

            George Iakovou                  Vika Ventures LLC
            50 West Street                   c/o Harvard Business Services, Inc.
            Apartment 53B                16192 Coastal Hwy
            New York, New York 10006        Lewes, Delaware 19958

Please be advised that the enclosed Complaint is sent pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Due Process Clause of the Fifth Amendment of the United States Constitution, the United States hereby gives the following notice:

      A.      DATE OF NOTICE: **December 1, 2021**

      B.      FORFEITURE COMPLAINT: On **November 19, 2021,** the United States of America filed a civil complaint seeking forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) in the United States District Court for the Middle District of Georgia against the Defendant Property.

      C.      FILING OF A VERIFIED CLAIM:  If you claim the Defendant Property or claim any right in or lien upon the same, you must file your verified claim with the Clerk of this Court, pursuant to 18 U.S.C. § 983(a)(4)(A), and Rule G(4) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  The claim must be verified on oath and must identify the claimant's interest in the property.

If the claim is made by a bailee, he/she must identify the bailor, and must state the authority by which he/she is entitled to make the claim on behalf of such person entitled to possession of the property.  The claim must be filed within thirty-five (35) days of the date on this notice, or no later than sixty (60) days from the first day of publication on the official internet government forfeiture site, www.forfeiture.gov, whichever is earlier, or within such additional time as the Court may allow.

D.      CONTENTS OF VERIFIED CLAIM:  Pursuant to Rule G(5)(a), the claim must i.) Identify the specific property claimed; ii.) Identify the claimant and state the claimant's interest in the property; and iii.) Be signed by the claimant under penalty of perjury (*see* 28 U.S.C. § 1746).

E.      FILING OF AN ANSWER:  You must also file an answer to the verified complaint, or a motion pursuant to Federal Rules of Civil Procedure 12, within twenty-one (21) days after filing the verified claim.  Your claim and answer must be filed with the Office of the Clerk, United States District Court for the Middle District of Georgia, Post Office Box 124, Columbus, Georgia 31902.

F.      ATTORNEY FOR PLAINTIFF:  Your claim and answer must be served upon Jim Crane, Assistant United States Attorney, Post Office Box 1702, Macon, Georgia 31202-1702.

G.      FILING OF A PETITION FOR REMISSION:  Any person who may have a present ownership interest, in addition to or in lieu of filing a claim, may submit a petition for remission or mitigation of the forfeiture to the United States Attorney's Office, Middle District of Georgia, Attention: Jim Crane, Assistant United States Attorney, Post Office

Box 1702, Macon, Georgia 31202-1702.  You should file the petition with thirty (30) days following the receipt of this mailed notice of forfeiture.  The criteria for requesting remission and mitigation of the forfeiture are found at 28 C.F.R. Section 9.5.  The Ruling Official for all petitions for remission or mitigation in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice.

**Failure to follow the requirements set forth above may result in judgment by default taken against you for the relief demanded in the Complaint.  You may wish to seek legal advice to protect your interests.**

PETER D. LEARY
UNITED STATES ATTORNEY

By:      */s/ Jim Crane*
JIM CRANE
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 193275
UNITED STATES ATTORNEY'S OFFICE
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (229) 430-7754
Facsimile: (229) 430-7766
Jim.Crane@usdoj.gov