

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   George Iakovou
   50 West Street
   Apartment 53B
   New York, New York 10066

   9590 9402 6631 1028 9037 80

2. Article Number (Transfer from service label)

   7018 0680 0000 9472 7393

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  C.I.A.T.2.                    ☐ Agent
                                    ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   SBJ                              12-8-21
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery
   ☒ Return Receipt

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

GOVERNMENT EXHIBIT 3