IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>     Plaintiff,<br><br>          v.<br><br>ALL SECURITIES AND UNITED STATES FUNDS CONTAINED IN JP MORGAN CHASE BANK, BROKERAGE ACCOUNT NO. 99413038, IN THE APPROXIMATE AMOUNT OF TWO HUNDRED FIFTY-SEVEN THOUSAND, TWO HUNDRED SEVENTY-SIX AND 48/100 DOLLARS ($257,276.48), HELD IN THE NAME OF PENELOPE ZBRAVOS;<br><br>     First-Named Defendant Property,<br><br>ALL SECURITIES AND UNITED STATES FUNDS CONTAINED IN JP MORGAN CHASE BANK, BROKERAGE ACCOUNT NO. 83397949, IN THE APPROXIMATE AMOUNT OF FOUR HUNDRED SIXTY-FOUR THOUSAND, TWENTY-FOUR AND 92/100 DOLLARS ($464,024.92), HELD IN THE NAME OF PENELOPE ZBRAVOS; AND<br><br>     Second-Named Defendant Property,<br><br>ALL SECURITIES AND UNITED STATES FUNDS CONTAINED IN JP MORGAN CHASE BANK, BROKERAGE ACCOUNT NO. 83397954, IN THE APPROXIMATE AMOUNT OF NINETY-THREE THOUSAND, ONE HUNDRED FIFTY-ONE AND 05/100 DOLLARS ($93,151.05), HELD IN THE NAME OF PENELOPE ZBRAVOS;<br><br>     Third-Named Defendant Property. | CASE NO.: 4:21-CV-206 (CDL) |

## DEFAULT JUDGMENT OF FORFEITURE
## AND FINAL ORDER OFFORFEITURE

A Clerk's Entry of Default having been entered on April 12, 2022, in the above referenced case, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment of forfeiture and final order of forfeiture against the Defendant Property, having filed a proper Affidavit as to the property to be declared forfeited to the Plaintiff;

IT IS HEREBY ORDERED THAT JUDGMENT is entered as follows: All right, title, and interest in the Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

Dated this 5th day of May, 2022.

s/Clay D. Land
_____
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA